UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MUMINA ALI,<br><br>  Plaintiff,<br><br>vs.<br><br>CITY OF PORTLAND, JEFFREY DRUAN, SUNA SHAW and MICHAEL SAUSCHUCK,<br><br>  Defendants | Civil No. 20-00255-NT |

## DEFENDANTS CITY OF PORTLAND, JEFFREY DRUAN, SUNA SHAW AND MICHAEL SAUSCHUCK'S UNOPPOSED OBJECTION TO PROPOSED SCHEDULING ORDER

Defendants City of Portland, Jeffrey Druan, Suna Shaw and Michael Sauschuck, by and through counsel, hereby object without opposition to the proposed Scheduling Order and proposes a revised Scheduling Order as follows:

1. Counsel for the Defendants have conferred by telephone with counsel for the Plaintiff as to objections to the proposed Scheduling Order issued by the Court on September 22, 2020.

2. The parties agree that certain deadlines should be adjusted to accommodate the issues and discovery anticipated by the parties.

3. In light of this, the parties jointly request that the Scheduling Order be amended to alter the following deadlines so that the new deadlines will be as indicated:

| | **Current Deadline** | **Proposed New Deadline** |
|---|---|---|
| Amendment of Pleadings and Joinder of Parties | December 8, 2020 | January 8, 2021 |
| Plaintiff's Expert Designation Deadline | December 8, 2020 | January 8, 2021 |

| | | |
|---|---|---|
| Plaintiff's Expert Designation Deadline | January 12, 2021 | February 12, 2021 |
| Completion of discovery | February 9, 2021 | March 31, 2021 |
| Provide notice of intent to file for summary judgment | February 16, 2021 | April 7, 2021 |
| Filing of motions | March 2, 2021 | April 21, 2021 |
| Ready for trial | May 3, 2021 | As determined by the Court |

Wherefore, the Defendants hereby object to the proposed Scheduling Order request that the Court amend the proposed Scheduling Order as indicated above.

Dated at Portland, Maine this 9th day of October, 2020.

        Attorneys for Defendants
        MONAGHAN LEAHY, LLP
        95 Exchange Street, P.O. Box 7046
        Portland, ME 04112-7046
        (207) 774-3906
        jwall@monaghanleahy.com

BY:   /s/ John J. Wall, III
        John J. Wall, III

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 9, 2020, I electronically filed **Defendants City of Portland, Jeffrey Druan, Suna Shaw and Michael Sauschuck's Unopposed Objection to Proposed Scheduling Order** using the CM/ECF system, which will provide notice to me and all other counsel of record.

      Dated at Portland, Maine this 9th day of October, 2020.

                              Attorneys for Defendants
                              MONAGHAN LEAHY, LLP
                              95 Exchange Street, P.O. Box 7046
                              Portland, ME 04112-7046
                              (207) 774-3906
                              jwall@monaghanleahy.com

      BY:    /s/ John J. Wall, III
                    John J. Wall, III