UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

MUMINA ALI,

                Plaintiff,

        vs.                            Civil No. 20-00255-NT

CITY OF PORTLAND, JEFFREY DRUAN, SUNA
SHAW and MICHAEL SAUSCHUCK,

                Defendants

## **STIPULATION OF DISMISSAL**

       Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the

above-captioned action stipulate that the above-captioned is hereby dismissed with prejudice and

without costs or attorney's fees to any party.

Dated: 12/1/20        BY:    /s/ Thomas F. Hallett
                                  Thomas F. Hallett, Esq.
                                  Hallett Whipple Weyrens
                                  Attorneys for Plaintiff
                                  75 Market St, Ste 502, PO Box 7508
                                  Portland, ME 04112-7508
                                  (207) 775-4255
                                  thallett@hww.law

Dated: 12/1/20        BY:    /s/ John J. Wall, III
                                  John J. Wall, III, Esq.
                                  Monaghan Leahy, LLP
                                  Attorneys for Defendants
                                  95 Exchange Street, P.O. Box 7046
                                  Portland, Maine  04112-7046
                                  (207) 774-3906
                                  jwall@monaghanleahy.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I electronically filed the above **Stipulation of Dismissal** using the CM/ECF system, which will provide notice to me and the other counsel of record.

Dated at Portland, Maine this 1st day of December, 2020.

> Attorneys for Defendants City of Portland, Jeffrey Druan, Suna Shaw and Michael Sauschuck
> MONAGHAN LEAHY, LLP
> 95 Exchange Street, P.O. Box 7046
> Portland, ME 04112-7046
> (207) 774-3906
> BY:   /s/ John J. Wall, III
> John J. Wall, III